# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Cesar Joel Perez Mejia | ) | 1:25-mj- 115-01-TSM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/23/2025__ in the county of __Hillsborough__ in the _____ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances. |

This criminal complaint is based on these facts:

See Affidavit of Michael J. McGee (attached).

☑ Continued on the attached sheet.

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this complaint and affidavit.
~~Sworn to before me and signed in my presence~~.

/s/ Michael J. McGee
*Complainant's signature*

Michael J. McGee, FBI Task Force Officer
*Printed name and title*

Date: 06/24/2025

City and state: Concord, New Hampshire

Hon. Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*